JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Alatorre,<br><br>  Plaintiff,<br><br>  v.<br><br>American Addiction Centers, Inc., et al.<br><br>  Defendant. | SACV 20-00604-JLS (KESx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING |

    The Court having been notified that Defendant has filed for Bankruptcy (Doc. 16), it is hereby Ordered that this action is automatically stayed and is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending dates are vacated by the Court.

DATED: July 6, 2020

                                          **JOSEPHINE L. STATON**
                                          JOSEPHINE L. STATON
                                          United States District Judge