# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ALATORRE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADDICTION CENTERS, INC.; and DOES 1-100 Inclusive,<br><br>Defendants. | Case No. 8:20-CV-00604-JLS-KES<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE (Doc. 28)** |

Upon consideration of the Parties' Joint Stipulation Dismissing Action with Prejudice, it is hereby ORDERED that:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice Pursuant to Federal Rule of Civil Procedure 41(a).
2. Each party shall bear its own attorney's fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: September 07, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE